IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.3:08CR200-RJC-DSC |
| | ) | (Financial Litigation Unit) |
| ERIC WILLOUGHBY, | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PILGRIM'S PRIDE CORPORATION, | ) | |
| Garnishee. | ) | |

## DISMISSAL OF WRIT OF CONTINUING GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown,

it is **ORDERED** that the Writ of Continuing Garnishment filed in this case against the Defendant

as to the Garnishee is **DISMISSED**.

**SO ORDERED**.

Signed: September 16, 2021

David S. Cayer
United States Magistrate Judge